

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

International Tax Advisors, Inc., Creative Tax Strategies, Inc.
vs.
Tax Law Associates, LLC, Tax Law Associates, Inc.
Tax Law Advisors, Inc., Michael Scott Fussell, Crystal Kinder
and John Cerami

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, International Tax Advisors, Inc. and Creative Tax Strategies, Inc.

**08CV2222**
**JUDGE CASTILLO**
**MAG. JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print)<br>Ronald L. Bell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Ronald L. Bell & Associates, P.C. | **FILED** |
| STREET ADDRESS<br>1275 Barclay Boulevard, Suite 100 | APR 18 2008   APR 18 2008 |
| CITY/STATE/ZIP<br>Buffalo Grove, IL 60089 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03126822 | TELEPHONE NUMBER<br>(847) 495-6000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐