

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL TAX ADVISORS, INC., a Nevada Corporation, and CREATIVE TAX STRATEGIES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAX LAW ASSOCIATES, LLC, a Nevada Limited Liability Company, TAX LAW ASSOCIATES, INC., a Georgia Corporation, TAX LAW ADVISORS, INC., a Georgia Corporation, MICHAEL SCOTT FUSSELL, an Individual, and CRYSTAL KINDER, an Individual, and JOHN CERAMI, an Individual<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **08CV2222<br>JUDGE CASTILLO<br>MAG. JUDGE SCHENKIER** |

## PLAINTIFF'S NOTICE OF AFFILIATES DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiffs, International Tax advisors, Inc. and Creative Tax Strategies, Inc. state that neither is a non-governmental corporate party, that neither has no parent corporation, and no publicly held company holds ten percent (10%) or more of Plaintiffs' stock.

**FILED**
APR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 1 8 2008

Respectfully Submitted,

Ronald L. Bell

Ronald L. Bell & Associates, PC
Attorney for Plaintiff
1275 Barclay Blvd., Suite 100
Buffalo Grove, IL 60089
(847) 495-6000
Atty. No. 03126822

1