

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL TAX ADVISORS, INC., a Nevada Corporation, and CREATIVE TAX STRATEGIES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TAX LAW ASSOCIATES, LLC, a Nevada Limited Liability Company, TAX LAW ASSOCIATES, INC., a Georgia Corporation, TAX LAW ADVISORS, INC., a Georgia Corporation, MICHAEL SCOTT FUSSELL, an Individual, and CRYSTAL KINDER, an Individual, and JOHN CERAMI, an Individual<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>08CV2222<br>JUDGE CASTILLO<br>MAG. JUDGE SCHENKIER |

## NOTICE OF COPYRIGHT CLAIM

### LITIGANTS

International Tax Advisors, Inc.
1250 Barclay Blvd.
Buffalo Grove, IL 60089

Creative Tax strategies, Inc.
1250 Barclay Blvd.
Buffalo Grove, IL 60089

Tax Law Associates, LLC
3783 Presidential Parkway
Suite 103
Atlanta, GA 30340

Tax Law Associates, Inc.
3783 Presidential Parkway
Suite 103
Atlanta, GA 30340

FILED
APR 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 1 8 2008

1

Tax Law Advisors, Inc.
3783 Presidential Parkway
Suite 103
Atlanta, GA 30340

Michael Scott Fussell
1130 Providence Place
Decatur, GA 30033

Crystal Kinder
310 E. 55th St.
Hinsdale, IL 60521

John Cerami
1221 South Point Court
Schaumburg, IL 60193

## COPYRIGHT REGISTRATION NUMBERS

Registration Number TX 6-118-438

Registration Number TX 6-118-439

Registration Number TX 6-834-186

Respectfully Submitted,

_____
Ronald L. Bell

Ronald L. Bell & Associates, PC
Attorney for Plaintiff
1275 Barclay Blvd., Suite 100
Buffalo Grove, IL 60089
(847) 495-6000
Atty. No. 03126822