

**United States District Court for the Northern District of Illinois**

**08CV2222**
**JUDGE CASTILLO**
**MAG. JUDGE SCHENKIER**

Signed/Issued By: _____

RMATION

Amount Due:  ☒ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: $350.00    Receipt #: 4624 80 108

Date Payment Rec'd: 4-18-08    Fiscal Clerk: ___

### ISSUANCES

☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets   (name of victim, who it's against and $ amount)
☐ Writ _____
        (Type of Writ)

6  Original and __6__ copies on __4-18-08__ as to __Defs__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06