

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2222 | **DATE** | 4/18/2008 |
| **CASE TITLE** | International Tax Advisors, Inc., et al. Vs. Tax Law Associates, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/18/2008. Plaintiffs' motion to file the complaint under seal is denied. Plaintiffs are granted leave to withdraw the exhibits. Plaintiffs' motion for expedited discovery and to secure and preserve evidence is granted. Enter Order Granting Motion For Expedited Discovery And To Secure And Preserve Evidence.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15



| | Courtroom Deputy Initials: | RO |
|---|---|---|