

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL TAX ADVISORS, INC., a Nevada Corporation, and CREATIVE TAX STRATEGIES, INC., a Nevada Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TAX LAW ASSOCIATES, LLC, a Nevada Limited Liability Company, TAX LAW ASSOCIATES, INC., a Georgia Corporation, TAX LAW ADVISORS, INC., a Georgia Corporation, MICHAEL SCOTT FUSSELL, an Individual, and CRYSTAL KINDER, an Individual, and JOHN CERAMI, an Individual <br><br> Defendants. | 08C 2222 <br><br> Case No. 08 C 2222 <br><br> Judge: JUDGE CASTILLO <br><br> Magistrate Judge: <br> MAGISTRATE JUDGE SCHENKIER |

### ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY AND TO SECURE AND PRESERVE EVIDENCE

Having considered the Motion of the Plaintiffs International Tax Advisors, Inc., and Creative Tax Strategies, Inc., the Memorandum of Points and Authorities in Support of Plaintiffs' legal counsel, and it appearing to the Court that there is an adequate possibility of the destruction or spoliation of evidence, and that it therefore is proper so to do, it is hereby Ordered, Adjudged and Decreed as follows:

That the U.S. Marshall's Service seize all computers in the possession or control of Defendants Tax Law Associates, LLC, Tax Law Associates, Inc., Tax Law Advisors, Inc., Michael Scott Fussell, Crystal Kinder, and John Cerami for the purpose of allowing Plaintiffs' forensic computer expert to make copies of all the computers' hard drives;

That the Defendants' forensic technology expert make forensic copies of the hard drives within seven days of such seizure, and deliver such electronic copies to the Plaintiff for submission

1

of all such copies to the Court under seal, all such copies to be maintained exclusively by this Court until further Order; and

That the Plaintiffs serve its discovery set forth in Plaintiffs' Motion for Request of Expedited Discovery and Defendants shall respond within ten (10) days of service of such discovery.

Dated: April 18, 2008

_____
UNITED STATES DISTRICT COURT JUDGE