## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

International Tax Advisors, Inc., et al.
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−02222
                                                        Honorable Ruben Castillo

Tax Law Associates, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Parties to file a joint status report on or before 6/12/2008. The Court will hold a status hearing in open court on 6/17/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.