#03126822

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL TAX ADVISORS, INC., a Nevada corporation, and CREATIVE TAX STRATEGIES, INC., a Nevada corporation, ) ) ) | |
| Plaintiffs, ) | Case Number: 08 C 2222 |
| v ) | |
| TAX LAW ASSOCIATES, LLC., a Nevada Limited Liability Company, TAX LAW ASSOCIATES, INC., a Georgia corporation, TAX LAW ADVISORS, INC., a Georgia corporation, MICHAEL SCOTT FUSSELL, an Individual, CRYSTAL KINDER, an Individual, and JOHN CERAMI, an Individual, ) ) ) ) ) ) ) | Judge Castillo  Magistrate Judge Schenkier |
| Defendants. ) | |

TO:   Judge Ruben Castillo                          John Cerami
      United States District Court                  12805 Muir
      Northern District of Illinois                 Huntley, Illinois 60142
      219 South Dearborn Street, Courtroom 2141
      Chicago, Illinois 60604

**NOTICE OF MOTION**

Please take notice that on the 22nd day of July 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rubin Castillo or before any judge sitting in his stead, in Courtroom 2141 in the Everett McKinley Dirksen Building, United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Default Judgment and demand a hearing thereon instanter

**CERTIFICATE OF SERVICE**

Ronald L. Bell, an attorney, certifies that on the 16th day of July, 2008, I served a copy of this Motion for Default Judgment to the above-named Defendant, at the above listed addresses via Federal Express, and by electronically filing same with the Pacer/ECF system on or before 5:00 p.m. I also served a courtesy copy to Judge Castillo by depositing a copy of same in the Federal Express drop off box located at 1275 Barclay Boulevard, Buffalo Grove, Illinois 60089, on or before 5:00 p.m.

                                             RONALD L. BELL & ASSOCIATES, P.C.

                                             By:_____s/Ronald L. Bell_____
                                                     Ronald L. Bell

RONALD L. BELL & ASSOCIATES, P.C.
1275 Barclay Boulevard, Suite 100
Buffalo Grove, Illinois 60089
t#1-847-495-6000 - f#1-847-495-6001
Attorney Number: 03126822