IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL TAX ADVISORS, INC., a Nevada Corporation, CREATIVE TAX STRATEGIES, INC, a Nevada Corporation,<br><br>    Plaintiffs,<br><br>V.<br><br>TAX LAW ASSOCIATES, LLC a Nevada Limited Liability Company, TAX LAW ASSOCIATES, INC., a Georgia Corporation, TAX LAW ADVISORS, INC., a Georgia Corporation, MICHAEL SCOTT FUSSELL., an Individual, CRYSTAL KINDER, an Individual, and JOHN CERAMI, an individual.<br><br>    Defendants. | Case No. 08 C 2222<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

To:   Ronald L. Bell & Associates, P.C.
       1275 Barclay Blvd., Suite 100
       Buffalo Grove, IL 60089

PLEASE TAKE NOTICE that on July 22, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached Defendant's Answer to the Plaintiff's Complaint.

                                                        s/Edward Cohen_____

                                                        Cohen & Hussien, P.C.
                                                        Attorney for Defendants
                                                         6901 W. 111th Street
                                                         Worth, IL 60482
                                                         708-361-3030

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a copy of the attached documents were served upon the above-listed persons by electronic mail on July 22, 2008, before the hour of 5:00 p.m.

s/Edward Cohen_____