UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

International Tax Advisors, Inc., et al.
                              Plaintiff,

v.                            Case No.: 1:08−cv−02222
                              Honorable Ruben Castillo

Tax Law Associates, LLC, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

   MINUTE entry before the Honorable Ruben Castillo:Status hearing held in open court on 7/22/2008. Plaintiffs' motion for default judgment as to defendant John Cerami [17] is withdrawn. Defendant Cerami is given until 8/15/2008 to obtain counsel and answer or otherwise plead to the complaint. Defendant Cerami is given until 8/29/2008 to answer all outstanding discovery. All other defendants should answer any outstanding discovery by 8/15/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.