UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Limited Consent to Exercise of Jurisdiction
By a United States Magistrate Judge     08 C 2222

Case Title: _International tax advisors etal v. Tax Law associate LLC etal_

Case Number: 08 C 2222

Assigned Judge: Ruben Castillo

Designated Magistrate Judge: Schenkier

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct certain specific proceedings in this case, allowing for the magistrate judge to exercise the court's jurisdiction to conduct any and all proceedings, including the entry of final judgment, as to the following motion(s):

Description                                              Date Filed

**FILED**
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 7/22/08 | [signature] | Plaintiff |
| 7/22/08 | [signature] | John J. Cerami pro se |
| 7/22/08 | [signature] | All defendants except Maxbeaudy, Cerami |
| | By: | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.