APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John J. Cerami
(Please print)

STREET ADDRESS: 12805 Muir Drive

CITY/STATE/ZIP: Huntley IL. 60142

PHONE NUMBER: 847-452-8203

CASE NUMBER: 08C 2222

John.Cerami@comcast.net

Signature

Date: 7-22-08