## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

International Tax Advisors, Inc., et al.

                            Plaintiff,

v.                                          Case No.: 1:08–cv–02222

                                          Honorable Maria Valdez

Tax Law Associates, LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 8/28/08. Ms. Kinder shall provide access of her personal computer to the plaintiff for forensic analysis within 14 days under the terms discussed in open court. Defendant given leave to file stipulated protective order is granted. Status hearing continued to 10/7/08 at 9:30 a.m. to determine whether a settlement conference may be fruitful. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.